## Leo EDWARDS, Jr., Petitioner–Appellant,

v.

## Lee Roy BLACK, Commissioner Mississippi Department of Corrections, Respondent–Appellee.

### No. 89–4458.

United States Court of Appeals, Fifth Circuit.

June 17, 1989.

Clive A. Stafford Smith, Atlanta, Ga., for petitioner-appellant.

Mike Moore, Atty. Gen., Marvin L. White, Jr., Asst. Atty. Gen., Jackson, Miss., for respondent-appellee.

Before CLARK, Chief Judge, and WILLIAMS and DAVIS, Circuit Judges.

PER CURIAM:

Edwards seeks in this successive writ petition a certificate of probable cause and stay of execution. For the reasons stated in the district court's opinion of June 16, 1989, we are persuaded that Edwards has not demonstrated a "substantial showing of the denial of a federal right." *Barefoot v. Estelle*, 463 U.S. 880, 893, 103 S.Ct. 3383, 3394, 77 L.Ed.2d 1090 (1983).

Accordingly, the application for certificate of probable cause and stay of execution is DENIED.